## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW FERRARI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1813-MN |
| ) | |
| TESLA ENERGY OPERATIONS, INC. ) | JURY TRIAL DEMANDED |
| (formerly SOLARCITY CORPORATION), ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT STATUS REPORT

Pursuant to the Court's Order of July 1, 2020 (D.I. 19), Plaintiff, Andrew Ferrari. ("Plaintiff") and Defendant, Tesla Energy Operations, Inc. (Formerly Solarcity Corp.) ("Defendant"), jointly file the instant Joint Status Report.

On March 18, 2019, the Court entered a Stipulation and Order staying all proceedings in this action pending binding arbitration. (D.I. 9.) The Parties proceeded with discovery and scheduled arbitration with David White, Esquire for April 30, 2020 and May 1, 2020. The Parties exchanged written discovery and produced documents. Defendant's counsel took the deposition of Plaintiff on January 29, 2020. Plaintiff's noticed the deposition of Will Maegerle for February 13, 2020.

After additional documents were produced by Defendant, the parties mutually agreed to reschedule Will Maegerle's deposition and arbitration, and Plaintiff's counsel re-noticed the deposition for April 30, 2020. The parties were in the process of communicating with David White regarding a June 2020 arbitration date when the COVID-19 pandemic began.

11851668

2

Due to the COVID-19 pandemic and the Governor's State of Emergency for the State of Delaware, the Parties mutually agreed to postpone Mr. Maegerle's deposition and the arbitration until after the COVID-19 pandemic.  During this time, the parties have engaged in settlement negotiations.

Accordingly, a continued stay of proceedings is respectfully requested to afford the opportunity to further pursue settlement and/or proceed with binding arbitration.

Respectfully submitted,

| **ALLEN & ASSOCIATES** | **MORRIS JAMES LLP** |
|---|---|
| */s/ Michele D. Allen* | */s/ Allyson M. Britton* |
| Michele D. Allen (#4359) | David H. Williams (#616) |
| Chestnut Run | Allyson M. Britton (#4830) |
| 4250 Lancaster Pike, Suite 230 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, Delaware 19805 | P.O. Box 2306 |
| (302) 234-8600 | Wilmington, Delaware 19899 |
| *michele@allenlaborlaw.com* | (302) 888-6800 |
| | *dwilliams@morrisjames.com* |
| *Attorneys for Plaintiff Andrew Ferrari* | *adirocco@morrisjames.com* |
| | |
| | *Attorneys for Defendant Tesla Energy Operations, Inc.* |

Dated:  July 15, 2020