## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW FERRARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:18-cv-01813-MN |
| | ) | |
| TESLA ENERGY OPERATIONS, INC. (formerly SOLARCITY CORPORATION), | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Andrew Ferrari voluntarily dismisses all claims in this action against Defendant Tesla Energy Operations, Inc. with prejudice with each party to bear its own costs, expenses and attorneys' fees.

**ALLEN & ASSOCIATES**

*/s/ Michele D. Allen*
Michele D. Allen (#4359)
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
(302) 234-8600
(302) 234-8602 (fax)
michele@allenlaborlaw.com
*Attorney for Plaintiff*

**MORRIS JAMES LLP**

*/s/ Allyson M. Britton*
David H. Williams (#616)
Allyson M. Britton (#4830)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
dwilliams@morrisjames.com
abritton@morrisjames.com
*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2021.

_____
Judge Maryellen Noreika